and petitioners. *Mr. Fulton Lewis* and *Mr. John Ridout* for appellees and respondents.

---

No. 69. THE SKANEATELES PAPER COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* THE CITY OF SYRACUSE. In error to the Supreme Court of the State of New York. Argued for plaintiffs in error April 10, 1906. Decided April 16, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Chicago &c. Railway Company* v. *McGuire,* 196 U. S. 128; *Scudder* v. *Comptroller of New York,* 175 U. S. 32; *Eastern Building &c. Association* v. *Welling,* 181 U. S. 47. *Mr. Martin Conboy, Mr. John W. Griggs, Mr. Arthur J. Baldwin* and *Mr. Charles W. Tooke* for plaintiffs in error. *Mr. Charles L. Stone* and *Mr. Walter W. Magee* for defendant in error.

---

No. 219. J. N. SEALE, PLAINTIFF IN ERROR, *v.* THE STATE OF GEORGIA. In error to the Supreme Court of the State of Georgia. Argued for plaintiff in error April 11, 1906. Decided April 16, 1906. *Per Curiam.* Dismissed for the want of jurisdiction. *Oxley Stave Company* v. *Butler County,* 166 U. S. 648; *Harding* v. *Illinois,* 196 U. S. 78; *Marvin* y. *Trout,* 199 U. S. 212; *Caro* v. *Davidson,* 197 U. S. 197. *Mr. J. J. Strickland* for plaintiff in error. *Mr. John C. Hart* for defendant in error.

---

*Decisions on Petitions for Writs of Certiorari from February 27 to April 16, 1906.*

No. 602. ALBERT K. HISCOCK, TRUSTEE, ETC., PETITIONER, *v.* JACOB M. MERTENS. March 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *Mr. Will B. Crowley* for petitioner. *Mr. Dorr Raymond Cobb* for respondent.